UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

– against –

OLFACTORY NYC INC., doing business as OLFACTORY NYC-NOLITA, and RFSC, INC.,

                Defendants.

**ORDER**

23-cv-09819 (ER)

Ramos, D.J.:

    Ricardo Velasquez filed this action on November 6, 2023. Doc. 1. Velasquez filed affidavits of service on December 12, 2023, and January 15, 2024, indicating that both defendants had been served. Docs. 7, 8. There has been no subsequent activity on the docket.

    Velasquez is directed to submit a status letter by June 27, 2024. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated:    June 20, 2024
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.